Prob-35

(Rev 4/15)

Report and Order Terminating Probation/ Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Early Termination Request |
| vs. | ) | Docket No. 0100 2:17CR00032 |
| | ) | |
| William Sheldon | ) | |

On May 3rd, 2018, the above-named defendant was sentenced by the Honorable Jon D. Levy, for Lacey Act Wildlife Trafficking, 16 U.S.C. §§ 3372(a)(2)(A), 3373(d)(1)(B). He was sentenced to 6 months imprisonment, to be followed by 36 months of supervised release. Mr. Sheldon has been under the supervision of the United States Probation Office since December 4th, 2018. During his term of supervised release, he has maintained stable residency at his owned home in Woolwich, ME, and continues to be employed full time at his business. He owns Maine Eel and Trade Aquaculture and works as an elver purchaser. Mr. Sheldon has complied with all court-ordered obligations, paid all criminal monetary debts and made progressive strides toward supervision objectives. Furthermore, this office has no information to suggest Mr. Sheldon has engaged in any new criminal conduct.

Mr. Sheldon has been assigned to Low Intensity Supervision since January 8th, 2019, and has approximately completed 38% of his term of supervised release. Mr. Sheldon falls in the low risk category on the Post-Conviction Risk Assessment (PCRA). In this category, less than 1% of offenders have their supervision revoked and only 3% are rearrested. Intensive interventions with this population have little impact and may increase the risk of recidivism. Typically, a low-level supervision is appropriate and early termination is to be considered.

Given, Mr. Sheldon's continued compliance with all court-order conditions and the significant positive changes in his lifestyle, it is believed that Mr. Sheldon is no longer in need of supervision by the United States Probation Office, and it is accordingly recommended that he be discharged from supervised release. In consultation with and through Assistant United States Attorney, Cassandra Barnum, the assigned prosecuting attorney for this matter, the U.S. Attorney's Office does not object to this request.

Respectfully submitted,

_____

Joseph Wilmot
United States Probation Technician

Prob-35

(Rev 4/15)

Report and Order Terminating Probation/ Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

Reviewed:

_____

Scott Hastings
Supervisory U.S. Probation Officer                    Date:  1/28/2020